UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM F. DOSHIER; and
DOTSTRATEGY, CO.

    Plaintiffs,

vs.

TWITTER, INC.,

    Defendant.

Case No. 4:18-cv-700-KGB

# MOTION TO DISMISS UNDER RULE 12(b)(3), OR, ALTERNATIVELY, TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

Defendant Twitter, Inc. ("Twitter"), a Delaware corporation with its principal place of business in California, files its Motion to Dismiss Under Rule 12(b)(3), or, Alternatively, to Transfer Venue Under 28 U.S.C. § 1404(a), and would show the Court as follows:

**I.**

Pursuant to Federal Rule of Civil Procedure 12(b)(3), Twitter requests this Court to dismiss this suit for improper venue as required by 28 U.S.C. § 1391.

**II.**

Alternatively, Defendant Twitter requests that the suit be transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404.

**III.**

This motion is supported by i) the Declaration of Kelly Huffman, Senior Business Development Manager at Twitter, ii) the Declaration of Michael Anderson, Manager of Software Engineering at Twitter, and iii) the Declaration of Kathlyn Querubin, counsel for Twitter.

**TWITTER'S MOTION TO DISMISS, OR, ALTERNATIVELY, TO TRANSFER** – Page 1

For all these reasons, Twitter respectfully requests that the Court grant Twitter's Motion to Dismiss Under Rule 12(b)(3), or, Alternatively, to Transfer Venue Under 28 U.S.C. § 1404(a), and dismiss Plaintiffs' claims, or, alternatively, to transfer venue under 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of California and grant Twitter such other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
AR Bar No. 96063
J. Randy Roeser
AR Bar No. 2016084
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile: 903.255.0800
Email: jdoan@haltomdoan.com
Email: rroeser@haltomdoan.com

**ATTORNEYS FOR DEFENDANT TWITTER, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 28th day of September, 2018.

*/s/ Jennifer H. Doan*
Jennifer H. Doan