COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
BENJAMIN KLEINE (257225)
(bkleine@cooley.com)
COLIN SCOTT (318555)
(cscott@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
TWITTER, INC.

CERA LLP
SOLOMON B. CERA (99467)
(scera@cerallp.com)
THOMAS C. BRIGHT (169713)
(tbright@cerallp.com)
595 Market Street, Suite 1350
San Francisco, CA  94105
Telephone:  (415) 777-2230
Facsimile:    (415) 777-5189

KAPLAN FOX & KILSHEIMER LLP
ROBERT N. KAPLAN (Admitted *Pro Hac Vice*)
(rkaplan@kaplanfox.com)
GREGORY K. ARENSON (Admitted *Pro Hac Vice*)
(garenson@kaplanfox.com)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

- and-

THE DAVID HODGES LAW FIRM
DAVID A. HODGES (Admitted *Pro Hac Vice*)
(david@hodgeslaw.com)
212 Center Street, 5th Floor
Little Rock, AR  72201
Telephone:  (501) 374-2400
Facsimile:    (501) 374-8926

Attorneys for Plaintiff
DOTSTRATEGY, CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| DOTSTRATEGY, CO., Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No.  19-cv-06176-CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

COOLEY LLP

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff dotStrategy, Co. and Defendant Twitter, Inc. (jointly the "Parties") hereby file this Stipulation of Dismissal and stipulate to the dismissal with prejudice of the present action in light of: (1) Plaintiff's investigation and present understanding that Twitter does not possess the data necessary to prove damages on Plaintiff's individual claims; and (2) the decision in Plaintiff's separate action, *dotStrategy, Co. v. Facebook, Inc.*, No. 20-cv-00170-WHA (N.D. Cal.) (ECF No. 142), denying Plaintiff's motion for class certification in that case. Each party will bear its own fees and costs.

Accordingly, the Amended Complaint and all claims raised therein are dismissed WITH PREJUDICE.

IT IS SO STIPULATED.

Dated: December 21, 2021                    CERA LLP

                                            */s/* Thomas C. Bright
                                            _____
                                            Thomas C. Bright
                                            Attorneys for Plaintiff
                                            DOTSTRATEGY, CO.

Dated: December 21, 2021                    KAPLAN FOX & KILSHEIMER LLP

                                            */s/* Robert N. Kaplan
                                            _____
                                            Robert N. Kaplan
                                            Attorneys for Plaintiff
                                            DOTSTRATEGY, CO.

Dated: December 21, 2021                    THE DAVID HODGES LAW FIRM

                                            */s/* David Hodges
                                            _____
                                            David Hodges
                                            Attorneys for Plaintiff
                                            DOTSTRATEGY, CO.

Dated: December 21, 2021                    COOLEY LLP

                                            */s/* Whitty Somvichian
                                            _____
                                            Whitty Somvichian
                                            Attorneys for Defendant
                                            TWITTER, INC.

COOLEY LLP

STIP. TO DISMISS AMENDED COMPLAINT
19-CV-06176-CRB

1

**ATTESTATION OF CONCURRENCE IN FILING**

2        Pursuant to N.D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this

3   document has been obtained from counsel for Defendant.

4

5   Dated: December 21, 2021                    CERA LLP

6

7

8                                              By: /s/ Thomas C. Bright
                                               Thomas C. Bright
                                               Attorneys for Plaintiff
9                                              DOTSTRATEGY, CO.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP